IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Jeremy Stallsworth, individually, and on behalf of all others, ) ) ) | |
| Plaintiff, ) ) | Case No. 17-cv-4180 |
| v. ) ) | |
| Mars Petcare Us, Inc. ) ) | |
| Defendant. ) ) | |

## NOTICE OF REMOVAL

Defendant Mars Petcare US, Inc. (incorrectly named as The Nutro Company in the State Court Action, as defined below) ("Defendant"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of this action from the Circuit Court of Cole County, Missouri, to the United States District Court for the Western District of Missouri, Central Division, and in support thereof states as follows:

1. On or about August 23, 2017, Plaintiff Jeremy Stallsworth ("Plaintiff") commenced a civil action styled *Stallsworth v. The Nutro Company* in the Circuit Court of Cole County, Missouri, which is currently pending as Case No. 17AC-CC00431 (the "State Court Action").

2. Plaintiff served summons and a copy of Plaintiff's Petition on Defendant on or about August 24, 2017. A copy of the Summons and Petition are attached to this Notice as **Exhibit 1** and constitutes all process, pleadings, and orders served upon Defendant in this matter.

3. In the State Court Action, as set forth in the Petition, Plaintiff seeks to recover from Defendant for Defendant's alleged violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

4. Plaintiff's Petition raises only federal question claims under the FCRA and thus arises under federal law.

5. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise federal questions. Specifically, Plaintiff's claims involve federal law under the FCRA.

6. This Notice of Removal is filed within 30 days after the receipt of Summons and Petition by Defendant. Therefore, this Notice of Removal is timely.

7. The State Court in which this action was commenced is within this Court's District and Division.

8. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cole County, Missouri, and a copy of this Notice of Removal will also be served on Plaintiff, through his counsel, on the date of this filing with the United States District Court for the Western District of Missouri.

WHEREFORE Mars Petcare US, Inc. removes the State Court Action pending as Case No. 17AC-CC00431 in the Circuit Court of Cole County, Missouri, to this Honorable Court.

Respectfully submitted,

LEWIS RICE LLC

By: /s/ Thomas M. Martin
    Thomas M. Martin   MO # 38811
    M. Cory Nelson     MO # 63357
    1010 Walnut, Suite 500
    Kansas City, Missouri 64106
    (816) 421-2500 (telephone)
    (816) 472-2500 (facsimile)
    tmmartin@lewisricekc.com
    cnelson@lewisricekc.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via email and United States First Class Mail, postage prepaid, on the following counsel of record this 21st day of September, 2017, to:

Charles Jason Brown, Esq.
Jayson A. Watkins, Esq.
Brown & Watkins LLC
301 S. U.S. 169 Highway
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

/s/ Thomas M. Martin
Attorney for Defendant

3

Case 2:17-cv-04180-NKL    Document 1    Filed 09/21/17    Page 3 of 3