# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| Jeremy Stallsworth, individually, and on behalf of all others, ) ) ) | |
| Plaintiff, ) | Case No.: 17-04180-CV-C-NKL |
| ) v. ) ) | |
| Mars Petcare US, Inc. (identified as "The Nutro Company" in Amended Complaint), ) ) ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Defendant Mars Petcare, US, Inc. (named in the Amended Complaint as "The Nutro Company") hereby notifies the Court that a resolution of this case has been reached in principal with the Plaintiff, Jeremy Stallsworth. Included within that agreement is provision for payment of reasonable attorneys' fees and costs in an amount that the parties have agreed will either be agreed to or submitted to the Court for a ruling. Following execution of documents related to the parties' resolution, and subject to the possible submission of the issue of the amount of reasonable attorneys' fees and costs for the Court's resolution, all expected within 60 days, the parties will submit a Stipulation of Dismissal with Prejudice.

Respectfully submitted,
LEWIS RICE LLC

By: /s/ M. Cory Nelson\_\_\_
    Thomas M. Martin    MO # 38811
    M. Cory Nelson      MO # 63357
    1010 Walnut, Suite 500
    Kansas City, Missouri 64106
    (816) 421-2500 (telephone)
    (816) 472-2500 (facsimile)
    tmmartin@lewisricekc.com
    cnelson@lewisricekc.com

    ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2017, a copy of the foregoing was filed using the Court's ECF system, which will serve electronic notification thereof upon the following counsel of record:

Charles Jason Brown, Esq.
Jayson A. Watkins, Esq.
Brown & Associates LLC
301 S. U.S. 169 Highway
Gower, MO 64454
brown@brownandwatkins.com
watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

                                                    /s/ M. Cory Nelson
                                                   Attorney for Defendant