IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JEREMY STALLSWORTH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-04180-CV-C-NKL |
| STAFF MANAGEMENT SMX \| SMX, LLC, | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

___  Jury Verdict.  This action came before the Court for a trial by jury.

X    Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette K. Laughrey on May 8, 2018, Plaintiff's Motion for Attorneys' Fees and Costs, Doc. 34 is granted in part and denied in part, and Defendant's Motion to Take Judicial Notice, Doc. 38, is granted. The amount of fees warded is $32,900 and the amount of costs awarded is $184.47.

Date: May 9, 2018

PAIGE WYMORE-WYNN
Acting Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy